| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702    FAX No: 510-747-1640 | | | For Court Use Only <br><br> **FILED** <br><br> JUL 2 5 2008 <br><br> RICHARD W. WIEKING <br> CLERK U.S. DISTRICT COURT, <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|
| | | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | |
| Plaintiff: United States Of America, et al | | | |
| Defendant: Sonny E. Funke, et al | | | |
| **PROOF OF SERVICE** <br> **S&C** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV082087 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served:    Sonny E. Funke aka Sonny Edward F. Funke aka Sonny Funke aka Edward F. Funke aka Sonny Edward Funke, Sr. aka Sonny E.F. Funke, Sr. aka Sonny Bernadette Funke

   b. Person served:    Jane Doe, occupant, Female, 48 Years Old, Black Hair, Brown Eyes, 5 Feet 4 Inches, 155 Pounds

4. Address where the party was served:    908 Marilyn Drive
   Campbell, Ca 95008

5. I served the party:
   b. **by substituted service.** On: Mon., Jul. 14, 2008 at: 8:17PM I left the documents listed in item 2 with or in the presence of:
      Jane Doe, occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kris Vorsatz
   
   LEGAL EXPRESS LTD.
   1831 HARTMAN LN.
   P.O. BOX 808001
   PETALUMA, CA 94975-8001
   PHONE 707-765-6765
   FAX 707-765-6762

   d. **The Fee** for Service was:    $55.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    256
      (iii) County:    San Mateo

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Tue, Jul. 15, 2008

   (Kris Vorsatz)

   Judicial Council Form POS-010    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007    S&C    cosent.163775

| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 510-523-4702    FAX: No: 510-747-1640 | | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | | |
| Plaintiff: United States Of America, et al | | | | | |
| Defendant: Sonny E. Funke, et al | | | | | |
| **Due Diligence** <br> S&C | Hearing Date: | | Time: | Dept/Div: | Case Number: <br> CV082087 |

1. I, Kris Vorsatz, and any employee or independent contractors retained by Legal Express Limited are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Sonny E. Funke aka Sonny Edward F. Funke aka Sonny Funke aka Edward F. Funke aka Sonny Edward Funke, Sr. aka Sonny E.F. Funke, Sr. aka Sonny Bernadette Funke as follows:

2. Documents:    Summons and Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 07/12/08 | 6:14pm | Home | No answer. Neighbor verified that defendant resides here. Attempt made by: Kris Vorsatz. Attempt at: 908 Marilyn Drive Campbell Ca. 95008. |
| Sun | 07/13/08 | 9:22am | Home | No answer at the residence address.; Attempt made by: Kris Vorsatz. Attempt at: 908 Marilyn Drive Campbell Ca. 95008. |
| Mon | 07/14/08 | 8:17pm | Home | Substituted Service effected by leaving copy of the document(s) with; Jane Doe, occupant. Attempt made by: Kris Vorsatz. Attempt at: 908 Marilyn Drive Campbell Ca. 95008. |

3. Person Executing
   a. Kris Vorsatz
   b. Legal Express Limited
      P.O. Box 808001
      Petaluma, Ca 94975
   c. 707 765-6765, FAX 707-765-6762

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** for service was: $55.00
e. I am: (3) registered California process server
   (i)  Independent Contractor
   (ii) Registration No.:   256
   (iii) County:         San Mateo

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Jul. 15, 2008        **Due Diligence**        (Kris Vorsatz)        cosent.163775

| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702   FAX No: 510-747-1640 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Sonny E. Funke, et al | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV082087 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons and Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:            Tue., Jul. 15, 2008
   b. Place of Mailing:           Petaluma, Ca 94975
   c. Addressed as follows:       Sonny E. Funke aka Sonny Edward F. Funke aka Sonny Funke aka Edward F. Funke aka Sonny Edward Funke, Sr. aka Sonny E.F. Funke, Sr. aka Sonny Bernadette Funke
                                  908 Marilyn Drive
                                  Campbell, Ca 95008

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 15, 2008 in the ordinary course of business.

5. Person Serving:                                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ioanna Asimos                         d. **The Fee** for Service was:    $55.00
   b. Legal Express Limited                 e. I am: (3) registered California process server
      P.O. Box 808001                          (i)    Independent Contractor
      Petaluma, Ca 94975                       (ii)   Registration No.:    115
   c. 707 765-6765, FAX 707-765-6762           (iii)  County:              Marin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Jul. 15, 2008

                                                                                   (Ioanna Asimos)