```
 1 | MICHAEL COSENTINO, SBN 83253
   | Attorney at Law
 2 | P.O. Box 129
   | Alameda, CA 94501
 3 | Telephone: (510) 523-4702
 4 | Attorney for Plaintiff
   | United States of America
```

**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08 2087 SLM |
| Plaintiff, | **DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT** |
| v. | |
| SONNY E. FUNKE aka<br>SONNY EDWARD F. FUNKE aka<br>SONNY FUNKE aka<br>EDWARD F. FUNKE aka<br>SONNY EDWARD FUNKE, SR. aka<br>SONNY E. F. FUNKE, SR. aka<br>SONNY BERNADETTE FUNKE, | |
| Defendant./ | |

I, MICHAEL COSENTINO, declare:

1. I am the attorney for the plaintiff in the above-entitled action.

2. This declaration is made on behalf of plaintiff.

3. From the files and records and other information in this case, declarant is informed and believes that the defendant's place of residence is at 908 MARILYN DRIVE, CAMPBELL, CA 95008-6014.

4. Defendant is not an infant or incompetent person and not in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act.

5. The time for defendant to plead or otherwise defend has expired.

| | |
|---|---|
| 1 | 6. Subsequent to the date of the Certificate of Indebtedness, a copy of which is |
| 2 | attached hereto and made a part hereof as Exhibit A, $0.00 in payments have been made |
| 3 | to the account; there is now due and owing to the plaintiff from the defendant the sum of |
| 4 | $7,863.54 principal, plus $7,731.37 additional interest, $0.00 administrative costs, $55.00 |
| 5 | court costs, and $2,620.91 as attorney fees. |
| 6 | WHEREFORE, declarant requests that judgment be entered on behalf of the plaintiff |
| 7 | and against the defendant in the sum of $18,270.82 plus post judgment interest at the legal |
| 8 | rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a), which will be |
| 9 | compounded annually pursuant to the provisions of 28 USC Sec. 1961(b). |
| 10 | I certify under penalty of perjury that the foregoing is true and accurate to the best of |
| 11 | my knowledge, information and belief. |

Dated: August 19, 2008

_____
MICHAEL COSENTINO
Attorney for the Plaintiff

**U.S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Sonny E. Funke
AKA Sonny Edward F. Funke, Sonny Funke
AKA Edward F. Funke, Sonny Edward Funke, Sr.
AKA Sonny E.F. Funke, Sr., Sonny Bernadette Funke
908 Marilyn Dr.
Campbell, CA. 95008-6014
Account No:     9659

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 09/26/07.

On or about 12/10/92 and 05/24/93, the borrower executed promissory note(s) to secure loan(s) of $4,000.00 and $4,000.00 from Bank of America, Pasadena, CA. at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by California Student Aid Commission/Ed Fund, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $524.37 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 02/14/95, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $7,863.54 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 02/17/00, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 7,863.54 |
| Interest: | $ 7,163.62 |
| Total debt as of 09/26/07: | $15,027.16 |

Interest accrues on the principal shown here at the current rate of 8.05 percent and a daily rate of $1.73 through ~~June 30, 2008~~, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 10/31/07

Name: [signature]
Alberto Francisco
Title: Loan Analyst / Senior Loan Analyst
Branch: Litigation

**EXHIBIT A**