```
 1 | MICHAEL COSENTINO, State Bar No. 83253
   | Attorney at Law
 2 | P.O. Box 129
   | Alameda, CA  94501
 3 | Telephone: (510) 523-4702
 4 | Attorney for Plaintiff
   | United States of America
 5 |
```

**FILED**

AUG 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SONNY E. FUNKE aka
SONNY EDWARD F. FUNKE aka
SONNY FUNKE aka EDWARD F. FUNKE aka
SONNY EDWARD FUNKE, SR. aka
SONNY E. F. FUNKE, SR. aka
SONNY BERNADETTE FUNKE,

        Defendant.
_____/

Case No. CV 08 2087 SLM

**PROOF OF SERVICE**

See attached list:

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501. On August 19, 2008, I served the

**MOTION TO ENTER DEFAULT FOR FAILING TO PLEAD,**

**DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT, and**

**[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

SONNY E. FUNKE aka SONNY EDWARD F. FUNKE
aka SONNY FUNKE aka EDWARD F. FUNKE aka
SONNY EDWARD FUNKE, SR. aka SONNY E. F. FUNKE, SR.
908 MARILYN DRIVE
CAMPBELL, CA 95008-6014

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 19, 2008 at Alameda, California.

_____
MICHAEL COSENTINO