**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                       General Court Number
Clerk                                                                                              415.522.2000

August 26, 2008

RE:  CV 08-02087 SLM         USA-v- SONNY E FUNKE

Default is entered as to Sonny E. Funke, aka, Sonny Edward F. Funke, aka, Sonny Funke, aka, Edward F. Funke, aka, Sonny Edward Funke, Sr., aka, Sonny E. F. Funke, Sr., aka, Sonny Bernadette Funke on August 26, 2008.

 

RICHARD W. WIEKING, Clerk

by Lashanda Scott
Case Systems Administrator

NDC TR-4  Rev. 3/89