1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702


E-filing

4  Attorney for Plaintiff
   United States of America

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA                NO. CV 08 2087 SLM

11              Plaintiff,
                                           **JUDGMENT ON DEFAULT**
12      v.

13 SONNY E. FUNKE aka
14 SONNY EDWARD F. FUNKE aka
   SONNY FUNKE aka
15 EDWARD F. FUNKE aka
   SONNY EDWARD FUNKE, SR. aka
16 SONNY E. F. FUNKE, SR. aka
   SONNY BERNADETTE FUNKE,
17
                Defendant.
18 _____ /

19      In the above entitled action, the defendant SONNY E. FUNKE aka SONNY

20 EDWARD F. FUNKE aka SONNY FUNKE aka EDWARD F. FUNKE aka SONNY

21 EDWARD FUNKE, SR. aka SONNY E. F. FUNKE, SR. aka SONNY BERNADETTE

22 FUNKE having been duly served with the Summons and a copy of the Complaint in the

23 action, and the defendant having failed to appear, answer, plead, or otherwise defend in

24 the action within the time allowed by law, or at all, and default having been duly entered;

25 and it further appearing that plaintiff's claim against the defendant is for a sum certain

26 for interest which can by computation be made certain and for costs; and, it further

27 appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed,

28 setting forth the amounts due plaintiff from said defendant in accordance with the prayer of

1  the Complaint, and also setting forth that defendant is not an infant or incompetent person
2  or in the military service of the United States within the meaning of the Soldiers' and
3  Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said
4  Act, and praying that Judgment be entered herein.
5      NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
6      IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
7  and from the defendant, SONNY E. FUNKE aka SONNY EDWARD F. FUNKE aka SONNY
8  FUNKE aka EDWARD F. FUNKE aka SONNY EDWARD FUNKE, SR. aka SONNY E. F.
9  FUNKE, SR. aka SONNY BERNADETTE FUNKE, the sum of $18,270.82 as principal,
10 interest, attorney fees, and costs; interest from the date of this judgment at the current legal
11 rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be
12 compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment
13 is herewith entered accordingly.

15 JUDGMENT ENTERED: _____AUG 2 6 2008_____

17                                          RICHARD W. WIEKING, Clerk
                                             United States District Court

19                                          **LASHANDA SCOTT**
                                             Deputy Clerk

JUDGMENT ON DEFAULT                                                                 2